**FILED
SCRANTON**

MAY 2 2 2013

PER _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIAM C. OSER,                  :
          Petitioner             :
                                 :        CIVIL NO. 3:12-CV-2535
          v.                     :
                                 :        (JUDGE NEALON)
DIRECTOR CHARLES SAMUELS, et al., :       (MAGISTRATE JUDGE SCHWAB)
          Respondents            :

## ORDER

NOW, THIS 22nd DAY OF MAY, 2013, for the reasons set forth in the Memorandum

issued this date, **IT IS HEREBY ORDERED THAT:**

1.    The Report and Recommendation, (Doc. 6), is **ADOPTED**;

2.    The petition for writ of habeas corpus, (Doc. 1), is **DISMISSED without prejudice**;

3.    Petitioner's motion for an interlocutory order, (Doc. 8), is **DENIED as moot**;

4.    The Clerk of Courts is directed to **CLOSE** this case; and

5.    Any appeal will be frivolous, without probable cause, and not taken in good faith.

_____
**United States District Judge**